**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**PEDRO TORRES,**

            **Plaintiff,**

      **v.**                                         **9:08-CV-0416**

**MR. CARON, Sergeant, Upstate Correctional Facility,**
**and MR. GARRISON, Correctional Officer, Upstate**
**Correctional Facility,**

            **Defendants.**
_____

**APPEARANCES:**                           **OF COUNSEL:**

PEDRO TORRES, 93-A-7585
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953
Plaintiff, *pro se*

HON. ANDREW M. CUOMO           CHARLES J. QUACKENBUSH, ESQ.
Attorney General for the State of New York   Assistant Attorney General
The Capitol
Albany, NY 12224
Counsel for Defendants

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

### ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 8th day of December 2009. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The defendants' motion for summary judgment (Dkt. No. 18) is granted and the complaint is dismissed without prejudice to re-filing.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: December 30, 2009
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge